Cristina Perez Hesano (#027023)
**PEREZ LAW GROUP, PLLC**
7508 N. 59th Avenue
Glendale, Arizona 85301
Phone: (602) 730-7100
Fax: (602) 794-6956
cperez@perezlawgroup.com

Joseph M. Lyon (*pro hac vice*)
Kevin M. Cox (pro hac vice)
**The Lyon Firm**
2754 Erie Ave.
Cincinnati, Ohio 45208
Phone (513) 381-2333
*jlyon@thelyonfirm.com*
*kvox@thelyonfirm.com*

*Attorneys for Plaintiff and Putative Class*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Hazlett, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> Cardiovascular Consultants, Ltd, <br><br> Defendant. | Case No. 2:23-cv-02567-DJH <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Brian Hazlett, hereby gives notice that his claims in this action against Defendant Cardiovascular Consultants LTD., are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Date: February 26, 2024                    Respectfully Submitted,

*/s/ Christina Perez Hesano*
Cristina Perez Hesano (#027023)
**PEREZ LAW GROUP, PLLC**
7508 N. 59th Avenue
Glendale, AZ 85301
Telephone: 602.730.7100
Fax: 623.235.6173
*cperez@perezlawgroup.com*

Joseph M. Lyon, *Pro Hac Vice*
Kevin M. Cox, *Pro Hac Vice*
**THE LYON FIRM**
2754 Erie Ave.
Cincinnati, OH 45208
Phone: (513) 381-2333
Fax: (513) 766-9011
Email: *jlyon@thelyonfirm.com*
Email: *kcox@thelyonfirm.com*

**Counsel for Plaintiff and Putative Class**

## **CERTIFICATE OF SERVICE**

I, Cristina Perez Hesano, hereby certify that on February 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 26th day of February, 2024.

>PEREZ LAW GROUP, PLLC,
>
>By: */s/ Cristina Perez Hesano*
>Cristina Perez Hesano (#027023)
>cperez@perezlawgroup.com
>PEREZ LAW GROUP, PLLC
>7508 N. 59th Avenue
>Glendale, AZ 85301
>Telephone: (602) 730-7100
>Facsimile: (623) 235-6173